UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No. 2:15-cv-1401 KJM CKD |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| AARON TOTO, et al., | |
| Defendants. | |

Findings and recommendations were filed December 10, 2015 recommending that default judgment be entered against defendants. Counsel for defendants thereafter filed objections to the findings and recommendations and moved to set aside the entry of default. Good cause appearing, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 10, 2015 are vacated.

2. The entry of default filed November 3, 2015 is vacated.

3. Defendants shall file an answer no later than January 25, 2016.

Dated: January 5, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 joehand-toto1401.def.vac